FILE COPY

No. 07-15-00074-CR

| | | |
|---|---|---|
| Jarrod Neal Flaming<br>　Appellant | § | From the 242nd District Court<br>　of Hale County |
| | § | |
| v. | | March 30, 2015 |
| | § | |
| The State of Texas<br>　Appellee | §<br>§ | Opinion Per Curiam |

## **J U D G M E N T**

Pursuant to the opinion of the Court dated March 30, 2015, it is ordered, adjudged and decreed that this appeal be dismissed for want of jurisdiction.

Inasmuch as this is an appeal in forma pauperis, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o